# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1994
Lower Tribunal No. 2008-CF-004335

_____

DAMION DEANGELO CHILDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Amy J. Carter, Judge.

July 21, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and GANNAM, JJ., concur.


Damion Deangelo Childs, Crawfordville, pro se.

James Uthmeier, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED